Nathan F. Smith, #264635
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: nathan@mclaw.org


Attorneys` for Movant

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-50335 |
| David R. Foley, | R.S. No. NFS-99 |
| Debtor. | Chapter 11 |
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact, | **DECLARATION IN SUPPORT OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, vs. | |
| David R. Foley, Debtor, and Julie Glosson Ishii, Trustee, | **HEARING DATE:** **DATE: June 18, 2019** **TIME: 10:00 AM** **CTRM: 3099** |
| Respondents. | |

I, Jessie Hanak-Renteria, declare:

      1.    I am over the age of eighteen and am authorized to make this declaration on behalf of Caliber Home Loans, Inc. ("Caliber"), as attorney in fact and servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust").

      2.    I am a Default Servicing Officer at Caliber as attorney in fact and servicer for U.S. Bank Trust. In the foregoing capacity I have knowledge of the status and history of the David R. Foley ("Debtor") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

///

3.    In my capacity as a Default Servicing Officer, I have access to the business records of Caliber as attorney in fact and servicer for U.S. Bank Trust as they relate to the Debtor. The records of Caliber as attorney in fact and servicer for U.S. Bank Trust are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of Caliber as attorney in fact and servicer for U.S. Bank Trust.  The records are made at or near the time of the occurrence of the event or events of which they are recorded.  I have personally reviewed the records of Caliber as attorney in fact and servicer for U.S. Bank Trust as they relate to the Debtor herein. The records reflect the payments made, the payments missed, and all charges accruing under the loan.  Therefore, I am familiar with the status of the Debtor's loan.

4.    **The Secured Debt.**  On or about October 3, 2006, David R. Foley, Lisa L. Foley made and delivered a Promissory Note in the original principal amount of $2,624,475.00, secured by a First Priority Deed of Trust on the Property commonly known as 311 Santa Rosa Drive, Los Gatos, CA 95032 ("Property").  True and correct copies of the Note and Deed of Trust are attached as Exhibits "1" and "2," respectively.

An Assignment of Deed of Trust recorded February 27, 2015 from Mortgage Electronic Registration Systems, Inc. as designated nominee for Countrywide Bank, N.A. to Ocwen Loan Servicing LLC is attached as Exhibit "4."

An Assignment of Deed of Trust recorded February 27, 2015 from Ocwen Loan Servicing, LLC to Christina Trust, a division of Wilmington Savings Fund Society, FSB not in its individual capacity but as Trustee of ARLP Trust 4 is attached as Exhibit "4."

An Assignment of Deed of Trust recorded June 29, 2015 from Christina Trust, a division of Wilmington Savings Fund Society, FSB not in its individual capacity but as Trustee of ARLP Trust 4 to Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 is attached as Exhibit "4."

An Assignment of Deed of Trust recorded September 21, 2016 from Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 to U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust is attached as Exhibit "4."

Case: 19-50335    Doc# 32-3    Filed: 05/24/19    Entered: 05/24/19 13:34:12    Page 2 of 4

5. **The Default Under The Note.** The Note and Deed of Trust are contractually due for the September 1, 2017 payment. The last payment received was on January 5, 2018. As a result of the default, U.S. Bank Trust desires to record a Notice of Default and Election To Sell against the Property. As of April 17, 2019, the total indebtedness under the Note, exclusive of attorney's fees, is $4,225,975.67. The total indebtedness due is set forth below:

| | |
|---|---|
| Principal Balance | $2,740,794.60 |
| Interest Accrued to 04/17/2019 | $193,385.56 |
| Escrow Advance | $96,697.40 |
| Late Charges | $2,922.05 |
| Deferred Amounts | $1,182,171.47 |
| Fees Currently Assessed | $10,004.59 |
| Grand Total | $4,225,975.67 |

6. **The Delinquency.** As of April 17, 2019, the Debtor has failed to make payments that have come due. The total payment delinquency is set forth below:

| | | | | |
|---|---|---|---|---|
| 10 | (09/01/2017 – 06/01/2018) | Payments due at | $15,897.33 | $158,973.30 |
| 3 | (07/01/2018 – 09/01/2018) | Payments due at | $16,242.77 | $48,728.31 |
| 2 | (10/01/2018 – 11/01/2018) | Payments due at | $15,933.52 | $31,867.04 |
| 3 | (12/01/2018 – 02/01/2019) | Payments due at | $16,377.61 | $49,132.83 |
| 2 | (03/01/2019 – 04/01/2019) | Payments due at | $15,898.40 | $31,796.80 |
| | | **Grand Total** | | **$320,498.28** |

7. **The Debtor's Interest In The Property.** The Debtor is the owner of record of the Property.

///
///
///
///

DECLARATION IN SUPPORT OF MOTION                3
AS/B58914

8.    **The Filing Of The Instant Petition.**  On or about February 19, 2019, David R. Foley filed the instant Chapter 11 Petition as Case No. 19-50335.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on May 22, 2019 in San Diego, CA.

| | |
|---|---|
| */s/Jessie Hanak-Renteria*<br>*Signature of Declarant* | Default Servicing Officer<br>*Title* |
| Movant: U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact | |